Hillsborough, }
May 6, 1924. }

Florence Mayo v. Metropolitan Life Insurance Company.

A decree, bill dismissed, is conclusive of the merits between the parties thereto, but if justice so requires the decree may be vacated.

Assumpsit, to recover on the insurance policies litigated in *Metropolitan Insurance Co.* v. *Olsen, ante,* 143. After the decision in this court, orders were made in the superior court that the bills be dismissed.

The questions (a) whether it would be a defence to show that these policies were procured by fraud, and (b) whether the defendants can make that defence in these actions, were transferred by *Allen,* J., without a ruling.

*Tuttle, Wyman & Starr* and *Murchie & Murchie* (*Mr. Alexander Murchie* orally), for the plaintiff.

*Branch & Branch* (*Mr. Frederick W. Branch* orally), for the defendant.

Young, J. It would be a defence for the defendants to show that these policies were procured by fraud if they were not estopped to make it, by the judgments in the bills in equity. *Chesley* v. *Dunklee,* 77 N. H. 263, 267; *MacDonald* v. *Railway,* 71 N. H. 448, 457; *Metcalf* v. *Gilmore,* 63 N. H. 174, 189.

It does not necessarily follow, however, that the defendants are remediless. They can apply to the superior court to vacate the orders on the bills in equity and if the court finds that is what justice requires, it will undoubtedly grant them the relief prayed for.

*Case discharged.*

Snow, J., was absent: the others concurred.